IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 11 PM 4:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| RACHAEL KATHRYN WHITE, | ) |
| Plaintiff, | ) |
| vs. | ) NO.: 01-2188 – B |
| SUNBELT RENTALS, et al., | ) |
| Defendants. | ) |

## ORDER SETTING SETTLEMENT CONFERENCE

Pursuant to the Order of Reference entered by U.S. District Court Judge J. Daniel Breen, a Settlement Conference has been scheduled for **TUESDAY, AUGUST 9, 2005** at **10:00 A.M.** in Room 934, Ninth Floor of the Federal Building, 167 N. Main, Memphis, Tennessee.

The lead attorney who will try the case for each party must appear. In addition, the parties or representatives of corporate parties must be present at the conference and must possess **full authority** to approve any settlement. If any part of the potential liability of a party is insured, or subject to idenmnity, a representative of an insurer or indemnitor with authority to pay the full policy of indemnity limits, must also be present at the conference.

Counsel shall submit to chambers, not later than three (3) days before the scheduled settlement conference, an **in camera** statement which shall include a statement of the case, strengths and weaknesses for each party, citations to relevant legal authority, amount and

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

explanation of damages claimed, current status of settlement discussions and a brief summary of any expert testimony that would likely be introduced at trial by any party. Counsel are invited to include any other matters that might assist the Magistrate Judge in negotiating a settlement. Such statements shall be for the court's review only and a copy shall **not** be provided to opposing parties. Counsel shall fax a copy of the **in camera** statement to my chambers in Jackson at (731) 421-9272.

Counsel and representatives of the parties shall be prepared to stay the entire day if necessary.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 08, 2005



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:01-CV-02188 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

James F. Schaeffer
LAW OFFICES OF JAMES F. SCHAEFFER, JR.
2670 Union Ave.
Ste. 1224
Memphis, TN 38112

Honorable J. Breen
US DISTRICT COURT