IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 25 PM 4:07

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RACHEL KATHRYN WHITE,

    Plaintiffs,

VS.                                              NO. 01-2188- GA

SUNBELT RENTALS, INC.,
A North Carolina Corporation,

    Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION TO ENLARGE TIME WITHIN WHICH DEFENDANT SUNBELT RENTALS, INC. MAY RESPONDE TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING THE FAULT OF PLAINTIFF'S EMPLOYER

Before this Honorable Court is Defendant Sunbelt Rentals, Inc. and Plaintiff Rachel Kathryn White's Unopposed Motion to Enlarge the Time Within Which Defendant Sunbelt Rentals, Inc. May Respond to Plaintiff Rachel Kathryn White's Motion in Limine to Exclude Evidence. For good cause shown the motion for enlargement of time up to and including July 28, 2005 is **GRANTED.**

**IT IS SO ORDERED** this the 25th day of July, 2005.

JUDGE ~~THOMAS RUSSELL~~ J. Daniel Bree
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05

(99)

Respectfully Submitted,

_____
JAMES B. SUMMERS   (#4721)
Allen, Summers, Simpson, Lillie & Gresham, PLLC
Attorneys for Defendants
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

## CERTIFICATE OF SERVICE

I, James B. Summers, do hereby certify that a copy of the foregoing Motion was forwarded, via U.S. Mail, postage prepaid, on this the _____ day of _____, _____, to Attorney James F. Schaeffer Jr., counsel for, , at 2670 Union Avenue Extd., Suite 1224 Memphis, TN 38112.

_____
JAMES B. SUMMERS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:01-CV-02188 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

James F. Schaeffer
LAW OFFICES OF JAMES F. SCHAEFFER, JR.
2670 Union Ave.
Ste. 1224
Memphis, TN 38112

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT