IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RACHEL KATHRYN WHITE,

    Plaintiffs,

VS.                                    NO. 01-2188- GA

SUNBELT RENTALS, INC.,
A North Carolina Corporation,

    Defendants.

---

ORDER ON SUNBELT RENTALS, INC.'S MOTION TO AMEND ITS ANSWER TO
AMENDED COMPLAINT

---

IN THIS CAUSE, it appearing to the Court that the Motion of the Defendant, Sunbelt Rentals, Inc., is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant, Sunbelt Rentals, Inc., may file its proposed Amended Answer to Amended Complaint.

_____
JUDGE
DATE: August 25, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:01-CV-02188 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

James F. Schaeffer
LAW OFFICES OF JAMES F. SCHAEFFER, JR.
2670 Union Ave.
Ste. 1224
Memphis, TN 38112

Honorable J. Breen
US DISTRICT COURT