IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RACHAEL KATHRYN WHITE,

    Plaintiff,

v.

    No. 01-2188-B/An

SUNBELT RENTALS, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION REQUESTING ENLARGEMENT OF TIME TO DISPOSE OF CASE VIA SETTLEMENT

Before the Court is Plaintiff's Motion Requesting Enlargement of Time to Dispose of Case Via Settlement filed on September 29, 2005.

For good cause shown, Plaintiff's motion is GRANTED. The dismissal granted herein shall be without prejudice until October 28, 2005. If settlement is not consummated within that period, the parties may reopen this action upon motion approved by the court. Should the parties fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

IT IS SO ORDERED this 30th day of September, 2005.

    J. DANIEL BREEN
    UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 2:01-CV-02188 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

James F. Schaeffer
LAW OFFICES OF JAMES F. SCHAEFFER, JR.
2670 Union Ave.
Ste. 1224
Memphis, TN 38112

Honorable J. Breen
US DISTRICT COURT